684 A.2d 121

Stephen R. WOJDAK, Nicholas J. Maiale, Esquire, Personal Representative of Ludwig S. Capozzi, Jr., Deceased, Maurice C. Clifford, Patricia J. Clifford, Salvatore M. Debunda and Carol Debunda, Frank E. Devine, Teri Y. Doke, Domenic Falcone, Ruth W. Hayre, Samuel M. Merion, Martin D. Sellers, Dennis Sigovich, Appellants,

v.

GREATER PHILADELPHIA CABLEVISION, INC., General Partner of Greater Philadelphia Cablevision, L.P. and Greater Philadelphia Cablevision, L.P.

Supreme Court of Pennsylvania.

Argued Oct. 17, 1996.

Decided Nov. 8, 1996.

Reargument Granted Jan. 24, 1997.

Howard A. Rosenthal, John W. Pelino, James E. Miller, Philadelphia, for Stephen R. Wojdak, et al.

Antoinette R. Stone, Philadelphia, for Greater Phila. Cablevision, Inc.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

The Court being equally divided, the Order of the Superior Court is affirmed.

ZAPPALA, CAPPY and NIGRO, JJ., would reverse the Order of the Superior Court.